UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| versus | : CRIMINAL NO. 06-95-RET-DLD |
| VINH HIEN NGUYEN, a/k/a "Mike" | : |

## ORDER

Considering the United States' Dismissal, leave of Court is granted for the filing of the dismissal and dismissing Count Two of the Indictment in Criminal No. 06-95-RET-DLD against Vinh Hien Nguyen.

DONE AND SIGNED at Baton Rouge, Louisiana, this 3rd day of November, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT